**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 24, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00005-CV

---

### GILLASPIA INVESTMENT GROUP, INC. D/B/A TEXAS TRUCK SALES, Appellant

### V.

### LEAH M. DAIGLE, Appellee

---

**On Appeal from the County Court No. 3
Galveston County, Texas
Trial Court Cause No. CV-0070560**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed August 22, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 14, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). On February 6, 2015, appellee filed a motion to dismiss the appeal. Appellant has not provided this court with proof of payment for the record, or responded to appellee's motion. Accordingly, the motion is granted, and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.